JUDGE WOOD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA          :
:           SEALED
    - v. -                        :           INDICTMENT
:
JUXHIN ULI,                       :           17 Cr.
    a/k/a "Gino,"                 :
:           17 CRIM 641
                    Defendant.    :
:
- - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1.  From at least in or about February 2017, up to and including in or about October 2017, in the Southern District of New York and elsewhere, JUXHIN ULI, a/k/a "Gino," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that JUXHIN ULI, a/k/a "Gino," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/17

3.     The controlled substance that JUXHIN ULI, a/k/a "Gino," the defendant, conspired to distribute and possess with intent to distribute was five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

4.     As a result of committing the controlled substance offense alleged in Count One of this Indictment, JUXHIN ULI, a/k/a "Gino," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of this offense and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of such offense.

### Substitute Assets Provision

5.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of JUXHIN ULI, a/k/a "Gino," the defendant:

    a.     cannot be located upon the exercise of due diligence;

2

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Sections 853(p) to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

  (Title 21, United States Code, Section 853.)


_____
FOREPERSON

_____
JOON H. KIM
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JUXHIN ULI,
a/k/a "Gino,"

Defendant.

INDICTMENT

17 Cr. \_\_\_

(21 U.S.C. § 846.)

JOON H. KIM
Acting United States Attorney.

A TRUE BILL

*[signature]* Foreperson.

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JUXHIN ULI,
a/k/a "Gino,"

Defendant.

---

INDICTMENT

17 Cr. \_\_\_

(21 U.S.C. § 846.)

JOON H. KIM
Acting United States Attorney.

**A TRUE BILL**

*/s/ Foreperson signature*                                Foreperson.

---

10/16/17 Filed Sealed Indictment

Filed Arrest warrant

Judge Nathan