UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

UNITED STATES OF AMERICA

- v. -

JUXHIN ULI,
  a/k/a "Gino,"

                Defendant.

**ORDER**

17 Cr. 641 (___)

---

Upon the application of the United States of America by Drew Skinner, Assistant United States Attorney, it is hereby ORDERED that the Indictment in this matter, 17 Cr. 641 (___), be unsealed and assigned to a United States District Judge.

Dated: New York, New York
       October 19, 2017

_____
HONORABLE HENRY B. PITMAN
UNITED STATES MAGISTRATE JUDGE

Sarah Netburn USMJ



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 19 2017