DOCKET No. 17cr641  DEFENDANT Juxhin Uli

AUSA Drew Skinner  DEF.'S COUNSEL David Ruhnke
☐ RETAINED  ☐ FEDERAL DEFENDERS  ☑ CJA  ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.  DATE OF ARREST 10/19/2017  ☐ VOL. SURR.
TIME OF ARREST 5:50 a.m.  ☐ ON WRIT
☐ Other: _____  TIME OF PRESENTMENT 3:30 p.m.

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE  ☐ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 150,000.00 _____ PRB  ☑ Three FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☑ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☑ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☑ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: one co-signer
_____; REMAINING CONDITIONS TO BE MET BY: 10/26/2017

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Defendant's wife, mother and father are to serve as the co-signers.

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY  ☑ CONFERENCE BEFORE D.J. ON 10/30/2017
☐ DEF. WAIVES INDICTMENT
☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 10/30/2017

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED  ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED  ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____  ☐ ON DEFENDANT'S CONSENT

DATE: 10/19/2017

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE  PINK – U.S. ATTORNEY'S OFFICE  YELLOW – U.S. MARSHAL  GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016