UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

|                                    |   |                |
|------------------------------------|---|----------------|
| UNITED STATES OF AMERICA           | : |                |
|                                    |   |                |
| -v-                                | : | ORDER          |
|                                    |   |                |
| JUXHIN ULI,                        | : | 17 Cr. 641 (KMW) |
| a/k/a "Gino,"                      |   |                |
|                                    | : |                |
| Defendant.                         |   |                |

- - - - - - - - - - - - - - - - - -X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/26/17

Upon the application of the United States of America, by and through Assistant United States Attorney Drew Skinner, and with the consent of the defendant, by and through counsel, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because a continuance will permit the Government to begin producing discovery and the parties to continue to discuss a disposition of this matter. Accordingly, it is hereby ORDERED that the time between the date of this Order and November 16, 2017, the date scheduled for the next conference in this matter, is hereby excluded pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A), in the interests of justice.

Dated:  New York, New York
        October 25, 2017

_____
HON. KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE