# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y. 10006
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ✡   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

November 3, 2017

Filed via ECF
Hon. Kimba M. Wood, U.S.D.J.
Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007

      Re: United States v. Juxhin Uli,
         17-cr-00641 (KMW)

Dear Judge Wood:

  This letter-motion is respectfully submitted, with the consent of the United States, for a modification of Mr. Uli's conditions of release. Specifically, I am seeking court approval of an enlargement of his travel restrictions to include the District of New Jersey limited to attorney-client meetings.

  At his arraignment, Mr. Uli was released on conditions that included travel restricted to the S.D.N.Y and E.D.N.Y. He resides in western Westchester County. My law firm has offices in Manhattan and Montclair, N.J. and it is far more convenient for Mr. Uli to travel to Montclair than lower Manhattan. This modification would be limited to the purpose of attorney-client meetings. As noted, the government consents to this modification.

  Your attention to this matter is appreciated.

            Respectfully submitted,
            */s/ David A. Ruhnke*
            David A. Ruhnke

Copy via ECF: Drew Skinner, A.U.S.A.
c:\case files\uli\2017.11.03 mtn to modify release conditions.docx