UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v.-

JUXHIN ULI,
    a/k/a "Gino,"

        Defendant.
------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/17

17-CR-641 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Due to a conflict with the Court's calendar, the conference currently scheduled for January 3, 2018 at 3:00 p.m. is adjourned to January 4, 2018 at 3:00 p.m.

    SO ORDERED.

DATED:    New York, New York
             December 21, 2017

                                          KIMBA M. WOOD
                                          United States District Judge