USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

17-cr-00641(KMW)

UNITED STATES OF AMERICA,

vs.

JUXHIN ULI,

Defendant.

CONSENT ORDER ADJOURNING
STATUS CONFERENCE

This matter having been opened to the Court on the application of defense counsel, with the consent of the United States by A.U.S.A.s Drew Skinner and Anden Chow, and good cause having been shown, it is on this 2d day of January 2018

ORDERED that the status conference in this matter, presently scheduled for January 3, 2018 at 3:00pm is hereby continued ~~for 45 days;~~ KMW until February 13, 2018 at 3:30 p.m. it is

FURTHER ORDERED, with the consent of the parties, that the time occasioned by this continuance is hereby excluded pursuant to the Speedy Trial Act of 1984.

_Kimba M. Wood_
KIMBA M. WOOD,
SENIOR JUDGE