UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/18

-against-

**ORDER**
17 CR 641 (KMW)

JUXHIN ULI,

Defendants.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the conference currently scheduled for February 13, 2018, is adjourned to Wednesday, February 14, 2018, at 11:45 a.m.

SO ORDERED.

Dated: New York, New York
January 29, 2018

_Kimba M. Wood_
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE