# RUHNKE & BARRETT
## ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y. 10006
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)        ✡        JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

March 6, 2018

Filed via ECF
Hon. Kimba M. Wood, U.S.D.J.
Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re:    United States v. Juxhin Uli,
       17-cr-00641 (KMW)

Dear Judge Wood:

This letter-motion is respectfully submitted, with the consent of the United States for a modification of Mr. Uli's conditions of release. Specifically, I request court approval of an enlargement of his travel restrictions to include employment-related travel in New Jersey and in the District of Columbia/Maryland area.

Mr. Uli is a self-employed contractor who owns a small construction company. He is presently in the running for jobs in Salem County, New Jersey and for a national chain in the DC/Maryland area. In connection with the process of acquiring the work, it is necessary for Mr. Uli to travel to both locations, likely on a regular basis, especially f he wins the contracts. The government consents to this arrangement so long as Mr. Uli advises Pre-Trial Services in advance of all such travel, including the reason for the travel and the dates of departure and return.

Your attention to this matter is appreciated.

Respectfully submitted,
*/s/ David A. Ruhnke*
David A. Ruhnke

<u>Copy via ECF</u>:     Drew Skinner, A.U.S.A.