UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/18

-against-

**ORDER**
17 CR 641 (KMW)

JUXHIN ULI,

Defendant.
-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The conference currently scheduled for April 19, 2018, at 3:00 p.m., is moved to 10:30 a.m.

SO ORDERED.

Dated: New York, New York
April 10, 2018

                          *Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE