# RUHNKE & BARRETT
## ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y. 10006
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO <mark>MONTCLAIR</mark> OFFICE

April 14, 2018

Filed via ECF
Hon. Kimba M. Wood, Senior Judge
Daniel Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Juxhin Uli*, 17cr00641(KMW)

Dear Judge Wood:

  This is, respectfully, a joint request by the parties to set a new date for a status conference in this matter. As matters presently stand, we are scheduled to appear before Your Honor this coming week on Thursday, April 19 at 3:00pm. We respectfully request that Your Honor set a new date and time approximately 45 days from that date.

  The parties are engaged in active plea negotiations, but require additional time to complete those discussions. For purposes of the Court's planning, I can represent to Your Honor that the case is unlikely to come to trial.

  The parties consent to the exclusion of time from April 19 to a new date to be set for a status conference (on the assumption that the Court will grant the request). The Court's time and attention to this matter are appreciated.

         Respectfully yours,
         */s/ David A. Ruhnke*
         David A. Ruhnke
         Counsel to defendant

Cc: (via ECF) Drew Skinner, A.U.S.A.