UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA :

    -v- : ORDER

JUXHIN ULI, : 17 CR 641 (KMW)

        Defendant. :

------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

    The parties are directed to appear on June 13, 2018, at 10:30 a.m.

    Counsel for the defendant has requested an adjournment of the next pre-trial conference scheduled for April 19, 2018, because the parties are in discussion about a possible disposition short of trial.

    The Court excludes the time from today until June 13, 2018, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss a disposition of this case short of trial.

Dated: New York, New York
       April 16, 2018
        23
       /
      kmw

                              Kimba M. Wood
                              KIMBA M. WOOD
                            UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/18