# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N J 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N Y 10006
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/18

RECEIVED
JUN 11 2018
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

REPLY TO MONTCLAIR OFFICE

June 9, 2018

**MEMO ENDORSED**

Filed via ECF
Hon. Kimba M. Wood, Senior Judge
Daniel Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Juxhin Uli*, 17cr00641(KMW)

Dear Judge Wood:

This letter-motion is respectfully submitted as a joint request by the parties to set a new date for a status conference in this matter. We are presently scheduled to appear before Your Honor on June 13 at 10:30am. We respectfully request that Your Honor set a new date and time approximately 30-45 days from that date. If Your Honor grants this request, the parties will consult with each other and the Court's Deputy Clerk to settle on a date and time that is consistent with Your Honor's schedule and counsels' prior commitments.

The parties have been engaged in active plea negotiations. At present, a proposed plea offer is undergoing internal review in the Office of the United States Attorney. The process of a potential resolution of this case was somewhat delayed by the unavoidable circumstance that A.U.S.A. Skinner was engaged in a lengthy trial that was only recently completed.

The parties will consent to the exclusion of time from June 13 to any new date to be set for a status conference. The Court's time and attention to this matter are appreciated.

*The conference is adjourned to July 18, 2018, as a control date.*

Respectfully yours,
/s/ David A. Ruhnke
David A. Ruhnke
Counsel to defendant   6-12-18

Cc: (via ECF) Drew Skinner, A.U.S.A

SO ORDERED:   N.Y., N.Y.

*Kimba M. Wood*

KIMBA M. WOOD
U.S.D.J.