UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA          :

    -v-                                :     ORDER

JUXHIN ULI,                       :     17 CR 641 (KMW)

              Defendant.     :

------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/18

KIMBA M. WOOD, District Judge:

      The parties are directed to appear on July 18, 2018, at 11:00 a.m.

      Counsel for the defendant has requested an adjournment of the next pre-trial conference scheduled for June 13, 2018, because the parties are in discussion about a possible disposition short of trial.

      The Court excludes the time from today until July 18, 2018, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss a disposition of this case short of trial.

Dated: New York, New York
       June 12, 2018

                                        /s/ Kimba M. Wood
                                  KIMBA M. WOOD
                           UNITED STATES DISTRICT JUDGE