# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, NJ 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, NY 10006
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   β   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

[RECEIVED JUL 11 2018 CHAMBERS OF KIMBA M. WOOD U.S.D.J.-S.D.N.Y.]

REPLY TO MONTCLAIR OFFICE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/18

July 10, 2018

Filed via ECF
Hon. Kimba M. Wood, U.S.D.J.
Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re:   United States v. Juxhin Uli,
       17-cr-00641 (KMW)

Dear Judge Wood:

This letter-motion is respectfully submitted, without opposition from the United States or Pretrial Services, for a modification of Mr. Uli's conditions of release. Specifically, I request court approval for the removal of Mr. Uli's ankle bracelet monitoring device. He has now entered a guilty plea to a lesser offense pursuant to a plea agreement that acknowledges his qualification for "safety valve" consideration at sentence. He has been in complete compliance with all conditions of release. The ankle bracelet is cumbersome and sometimes leads to embarrassing questions.

*Granted. KMW*

As noted, Pretrial Services is fine with this modification. The government is not opposed. Realistically, Mr. Uli does not represent a threat to the community or present a risk of flight. All other conditions of release, including supervision, would remain in effect

Your Honor's attention to this matter is appreciated. Please advise if the Court has any questions or concerns.

Respectfully submitted,
/s/ David A. Ruhnke
David A. Ruhnke

Copy via ECF:   Drew Skinner, A.U.S.A.

SO ORDERED: 7-11-18

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.