```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

            -against-                                    17 CR 641 (KMW)

                                                         SENTENCING
                                                         SCHEDULING ORDER
JUXHIN ULI,

                    Defendant.
------------------------------------------------------------x
```

KIMBA M. WOOD, District Judge

The Defendant is scheduled to be sentenced on October 25, 2018 at 11:00 a.m.

The Presentence Investigation Report is due to the Court on October 11, 2018.

Any sentencing submissions by Defendant must be made by October 15, 2018, and must state specifically whether Defendant contests any fact in the Presentence Report, and whether Defendant contests the appropriateness of the Probation Officer's Sentencing Recommendation.

Defense counsel must arrange for the presentence interview to occur within 14 days of the defendant's guilty plea. The Government must submit a statement of facts to Probation within 14 days of the defendant's guilty plea. The Government must submit its 5K1.1 letter, if applicable, 14 days before sentencing.

Probation should contact Chambers if they experience difficulty scheduling the presentence interview or if the PSR will not be completed in a timely fashion.

Any response or other submission from the Government is due October 18, 2018.

SO ORDERED

Dated: New York, New York
       July 26, 2018

                                               _____
                                               KIMBA M. WOOD
                                               UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/18