UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

-against-

JUXHIN ULI,

Defendant.
-----------------------------------------------------------x

17 CR 641 (KMW)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/18

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on June 26, 2018;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated: New York, New York
July 26, 2018

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE