# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, NJ 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, NY 10006
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D BARRETT (jeanbarrett@ruhnkeandbarrett.com)

*RECEIVED JUL 27 2018 CHAMBERS OF KIMBA M. WOOD U.S.D.J.-S.D.N.Y.*

REPLY TO MONTCLAIR OFFICE

July 26, 2018

*USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/18*

Filed via ECF
Hon. Kimba M. Wood, Senior Judge
Daniel Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Juxhin Uli*, 17cr00641(KMW)

Dear Judge Wood:

    I am writing, respectfully, with the consent of the United States, to request a new date for sentencing in this matter. By order entered earlier today, the Court set October 25, 2018 as the date. With the consent of the United States, I am requesting that the Court set a new date during the week of October 29, or some other date convenient to the Court's calendar.

    The October 25 date conflicts with personal plans my wife and I have to be in Los Angeles on that date to celebrate, with our older daughter and spouse, the first birthday of our first grandchild. Our younger daughter will also be in attendance. Coincidentally, she shares a birthday with her young nephew.

    The Court's time and attention to this matter are appreciated.

*Sentencing is adjourned to October 30, 2018, at 11:00 a.m.*

Respectfully yours,
/s/ David A. Ruhnke
David A. Ruhnke
Counsel to defendant

Cc: (via ECF) Drew Skinner, A.U.S.A.

SO ORDERED:   N.Y., N.Y. 8/1/18

_____
KIMBA M. WOOD
U.S.D.J.