# RUHNKE & BARRETT
## ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y. 10006
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   β   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO <mark>MONTCLAIR</mark> OFFICE

September 11, 2018

Filed via ECF
Hon. Kimba M. Wood, U.S.D.J.
Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re:   United States v. Juxhin Uli,
      17-cr-00641 (KMW)

Dear Judge Wood:

This letter-motion is respectfully submitted, with the consent of the United States, for an order continuing the sentencing date in this matter by approximately 21 days. Sentencing is presently scheduled to go forward on September 26 at 11:00 a.m.

The primary reason for this request is that from August 27 through and including September 6, 2018 I was on trial before the Hon. Vincent Briccetti of this District in *United States v. Tyron Felder*, 14-cr-00604(VB). Because of the time commitments associated with that trial, I been unable to complete the process of compiling materials in mitigation of sentence and the related task of preparing a sentencing submission. The additional time requested will allow me to accomplish both tasks.

The parties are available for a new sentencing date on any day or time during the week of October 12 that is convenient to Your Honor's schedule.

The Court's time and attention to this matter is appreciated.

Respectfully submitted,
*/s/ David A. Ruhnke*
David A. Ruhnke

Copy via ECF:   Drew Skinner, A.U.S.A.