

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 11, 2018

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Juxhin Uli, a/k/a "Gino,"</u>
             17 Cr. 641(KMW)

Dear Judge Wood:

    The Government respectfully submits this letter in connection with the above-captioned defendant's sentencing, which is scheduled for October 30, 2018. The Government agrees with the Guidelines calculation set forth in the Presentence Report, which is in accord with the parties' plea agreement, to wit, a Guidelines Range of 37 to 46 months' imprisonment, with relief from the otherwise mandatory minimum 60-month sentence pursuant to 18 U.S.C. § 3553(f). The Government does not intend to make a written sentencing submission in this case unless any additional information is requested by the Court.

                                      Respectfully submitted,

                                      GEOFFREY S. BERMAN
                                    United States Attorney

                   By:    /s/_____
                                    Drew Skinner
                                    Assistant United States Attorney
                                    (212) 637-1587

cc:     Defense counsel (by ECF)